GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant United States Attorney
State Bar No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 23-01721-TUC-RCC (MAA) |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |
| v. | |
| Saul Arvizu-Montijo | |
| Defendant. | |

The United States of America hereby gives notice that on December 27, 2023, the U.S. Department of Homeland Security, U.S. Customs and Border Protection, completed their administrative forfeiture proceedings for three (3) AK-47 Pioneer Arms Corp-Sport rifles, Serial Numbers: PAC23PL11884, PAC23PL11845, and PAC23PL12859; six (6) 7.62x39mm magazines, and 6000 rounds of 7.62x39mm BSP-FMJ ammunition, which were included in the forfeiture allegation of the Indictment. Therefore, the government will not pursue criminal forfeiture for these assets.

DATED this 12th day of March, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Julie A. Sottosanti*

JULIE A. SOTTOSANTI.
Assistant United States Attorney