GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Jun 12 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Saul Arvizu-Montijo, Defendant. | No. CR 23-1721-TUC-RCC (MAA) <br><br> I N F O R M A T I O N <br><br> Violation: <br> 18 U.S.C. § 554(a) <br> (Smuggling Goods from the United States) <br> Count One <br><br> 18 U.S.C. § 933(a)(2) <br> (Felony Receipt of a Firearm) <br> Count Two <br><br> **Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**

On or about October 8, 2023, in the District of Arizona, Defendant SAUL ARVIZU-MONTIJO, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: three (3) AK-47 Pioneer Arms Corp-Sport rifles, Serial Numbers: PAC23PL11884, PAC23PL11845, and PAC23PL12859; six (6) 7.62x39mm magazines, and 6000 rounds of 7.62x39mm BSP-FMJ ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title

15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

**COUNT TWO**

On or about October 8, 2023, in the District of Arizona, Defendant SAUL ARVIZU-MONTIJO, did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit: three (3) AK-47's, knowing or having reasonable cause to believe that such receipt could constitute a felony, to wit: Conspiracy to Smuggle Goods from the United States in violation of 18 USC § 18 U.S.C. § 554(a).

In violation of Title 18, United States Code, Section 18 U.S.C. § 933(a)(2).

GARY M. RESTAINO
United States Attorney
District of Arizona

Digitally signed by
JULIE SOTTOSANTI
Date: 2024.06.12
09:42:55 -07'00'

Date

JULIE A. SOTTOSANTI
Assistant U.S. Attorney